UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: PASSENGER VEHICLE REPLACEMENT TIRES ANTITRUST LITIGATION | ) ) ) ) | Case No. 5:24-md-3107<br><br>MDL No. 3107 |
| This Document Applies to: | ) ) ) | CHIEF JUDGE SARA LIOI |
| ALL CASES | ) | |

## CASE MANAGEMENT ORDER NO. 5
## CREATION OF TRACK-SPECIFIC SUBDOCKETS

In Case Management Order Nos. 1 and 3, the Court previously set forth certain filing instructions. (Doc. No. 3 (CMO1) § II.A; Doc. No. 136 (CMO3) § 1.) And in Case Management Order No. 4, the Court created separate leadership structures for the three proposed classes: Direct Purchaser Plaintiffs ("DPPs"), End Payor Plaintiffs ("EPPs"), and Automobile Dealership and Other Reseller Plaintiffs ("ADPs"). (Doc. No. 137 (CMO4).)

1. The Court now amends the above-cited sections of Case Management Order Nos. 1 and 3, and specifies the following ECF procedures:

   a. The "Master Case," 5:24-md-03107-SL, includes all cases involving tire antitrust actions that are transferred to the Court by the Judicial Panel on Multidistrict Litigation or otherwise consolidated or coordinated with other matters before the Court under the Master Case.

   b. The Master Case will be composed of three "Tracks" for each proposed putative class of plaintiffs: DPPs, EPPs, and ADPs.

   c. For each of the Tracks, there will be related individual member cases, referred to hereinafter as an "Individual Member Case." These are the originally-filed complaints, and such Individual Member Cases will retain their originally-assigned case numbers.

   d.  The docket for the Master Case will be referred to as the "Master Docket."

   e.  Papers applicable to all tire antitrust actions transferred to this Court must be filed only in the Master Docket, using the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: PASSENGER VEHICLE REPLACEMENT TIRES ANTITRUST LITIGATION | ) ) ) ) | Case No. 5:24-md-3107 MDL No. 3107 |
| This Document Applies to: | ) ) | CHIEF JUDGE SARA LIOI |
| ALL CASES | ) ) | |

   f.  Each Track will have its own separate subdocket as follows:

     i.  DPP Track Subdocket: 5:24-cc-00100-SL

     ii.  EPP Track Subdocket: 5:24-cc-00200-SL

     iii.  ADP Track Subdocket: 5:24-cc-00300-SL

   g.  Papers applicable only to the DPP putative class action must be filed in both the Master Docket and the DPP Track Subdocket. Such papers are not to be filed in any Individual Member Case. The following caption must be used:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: PASSENGER VEHICLE REPLACEMENT TIRES ANTITRUST LITIGATION | ) ) ) ) | Case No. 5:24-md-3107 MDL No. 3107 |
| This Document Applies to: | ) ) | CHIEF JUDGE SARA LIOI |
| DPPs | ) ) | |

      h.      Papers applicable only to the EPP putative class action must be filed in both the Master Docket and the EPP Track Subdocket. Such papers are not to be filed in any Individual Member Case. The following caption must be used:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: PASSENGER VEHICLE REPLACEMENT TIRES ANTITRUST LITIGATION | ) ) ) ) | Case No. 5:24-md-3107<br><br>MDL No. 3107 |
| This Document Applies to:<br><br>EPPs | ) ) ) ) | CHIEF JUDGE SARA LIOI |

      i.      Papers applicable only to the ADP putative class action must be filed in both the Master Docket and the ADP Track Subdocket. Such papers are not to be filed in any Individual Member Case. The following caption must be used:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: PASSENGER VEHICLE REPLACEMENT TIRES ANTITRUST LITIGATION | ) ) ) ) | Case No. 5:24-md-3107<br><br>MDL No. 3107 |
| This Document Applies to:<br><br>ADPs | ) ) ) ) | CHIEF JUDGE SARA LIOI |

      j.      Any paper that is applicable only to an Individual Member Case must be filed separately in each applicable Individual Member Case, using the following caption:

[*rest of page intentionally left blank*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: PASSENGER VEHICLE REPLACEMENT TIRES ANTITRUST LITIGATION | ) ) ) ) | Case No. [x:xx-cv-xxxxx] <br><br> MDL No. 3107 |
| This Document Applies to: | ) ) | CHIEF JUDGE SARA LIOI |
| [Name of Plaintiff(s)] | ) ) ) | |
| v. | ) ) | |
| [Name of Defendant(s)] | ) | |

  k. To aid the parties in determining where to file specific documents, the Court has created the following chart:

| Document Applies to: | Master Docket? | Subdocket? | Individual Member Docket? |
|---|---|---|---|
| All cases | YES | NO | NO |
| Specific Track (e.g., DPP consolidated complaint) | YES | YES | NO |
| Individual Member Case (e.g., voluntary dismissal) | NO | NO | YES |
| Pro Hac Vice[1] | YES | NO | NOTICE OF FILING ONLY |

  2. To the extent not already accomplished, attorneys must file appearances in the Master Case on the Master Docket.

  3. On or before August 9, 2024, plaintiffs are directed to jointly file a chart indicating the Track to which each Individual Member Case belongs.

  4. New cases that counsel believe to pertain to this Passenger Vehicle Replacement Tires Antitrust Litigation must be identified at the time of filing as related to 5:24-md-03107-SL

---

[1] Note that this is only required for certain counsel. (*See* Doc. No. 136 (CMO3) § 2.)

4

on the civil cover sheet. Further, counsel must indicate on the civil cover sheet to which Track the new case is related.

**IT IS SO ORDERED**.

Dated: July 25, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**