UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| IN RE: PASSENGER VEHICLE REPLACEMENT TIRES ANTITRUST LITIGATION ) ) ) | Case No. 5:24-md-3107-SL<br><br>MDL No. 3107 |
| ) | |
| This Document Applies to: ) | CHIEF JUDGE SARA LIOI |
| ) | |
| ALL CASES ) | |

## JOINT MOTION FOR ORDER ALLOWING CONSOLIDATED BRIEFING ON DEFENDANTS' FORTHCOMING MOTIONS TO DISMISS

The Parties have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, there are three (3) plaintiff groups or "tracks" in this MDL matter (ECF No. 173) and Plaintiffs have filed three (3) separate Consolidated Complaints (ECF Nos. 174, 175, and 176) against twelve (12) different Defendants;

WHEREAS Defendants plan to file motions to dismiss the three Consolidated Complaints on or before September 20, 2024;

WHEREAS the Parties agree that judicial economy will be served by the Parties consolidating their arguments in favor of, or in opposition to, dismissal into the fewest number of briefs possible;

WHEREAS Local Rule 7.1(f) provides that "memoranda relating to dispositive motions must not exceed . . . thirty (30) pages for complex cases";

IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

The Parties may file joint memoranda, consolidating their arguments, and such briefing may exceed thirty (30) pages;

No Party is required to file joint briefing, and any Party may choose to file its own separate briefing, however such separate briefing may not be duplicative of the Parties' joint briefing;

Defendants' total opening briefing in support of their Rule 12(b) Motions to Dismiss may not exceed the number of pages of briefing to which they are entitled under the Local Rules (*i.e.*, 90 pages), when counting both their separate briefing and their consolidated briefing;

Plaintiffs' total opposition briefing on Defendants' Rule 12(b) Motions to Dismiss may not exceed the total number of pages of briefing to which they are entitled under the Local Rules (*i.e.*, 90 pages), when counting both their separate briefing and their consolidated briefing; and

Defendants' total reply briefing on their Rule 12(b) Motions to Dismiss may not exceed the number of pages of briefing to which they are entitled under the Local Rules and may not exceed 50 pages, when counting both their separate briefing and their consolidated briefing; and

Per Local Rule 7.1(f), appendices of evidentiary, statutory or other materials are excluded from these page limitations and may be bound separately from memoranda.

Dated: August 16, 2024

Respectfully submitted,

s/ Ashley M. Bauer
Christopher S. Yates
Belinda S Lee
Ashley M. Bauer
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 391-0600
Fax: (415) 396-8095
Email: Chris.Yates@lw.com
Belinda.Lee@lw.com
Ashley.Bauer@lw.com

*Attorneys for Defendant Michelin North America, Inc.*

s/ David J. Lender (consent)
David J. Lender
Adam C. Hemlock
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8000
Fax: (212) 310-8007
Email: david.lender@weil.com
adam.hemlock@weil.com

James M. Lyons, Jr. (0023500)
W. Bradford Longbrake (0065576)
R. Brian Borla (0077322)
**HANNA, CAMPBELL & POWELL, LLP**

2

3737 Embassy Parkway, Suite 100
Akron, OH 44333
Phone: (330) 670-7319
Fax: (330) 670-7449
Phone: (330) 670-7303
Fax: (330) 670-7446
Phone: (330) 670-7339
Fax: (330) 670-7453
Email: jlyons@hcplaw.net
blongbrake@hcplaw.net
bborla@hcplaw.net

*Attorneys for Defendant Bridgestone Americas, Inc.*

s/ Jeffrey C. Bank (consent)
Jeffrey C. Bank
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1700 K Street NW, Fifth Floor
Washington, DC 20006
Phone: (202) 973-8800
Fax: (866) 974-7329
Email: jbank@wsgr.com

Kenneth J. Rubin
Alycia N. Broz
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street
Columbus, Ohio 43215
Phone: (614) 464-5692
Email: kjrubin@vorys.com
anbroz@vorys.com

*Attorneys for Defendant Continental Tire the Americas, LLC*

s/ E. Kate Patchen (consent)
E. Kate Patchen
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission St., Ste. 5400
San Francisco, CA 94105
Phone: (415) 591-6000
Fax: (415) 955-6091
Email: kpatchen@cov.com

Robert D. Wick
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
Email: rwick@cov.com

David H. Wallace
**TAFT STETTINIUS & HOLLISTER**
200 Public Square, Ste. 3500
Cleveland, OH 44114
Phone: (216) 241-2838
Fax: (216) 241-3707
Email: dwallace@taftlaw.com

<div style="columns:2">

s/ B. Parker Miller (consent)
B. Parker Miller
Meredith Jones Kingsley
Laura Komarek
Grace Assaye
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
Email: Parker.Miller@alston.com
Meredith.Kingsley@alston.com
Laura.Komarek@alston.com
Grace.Assaye@alston.com

Michael H. Carpenter
**CARPENTER LIPPS LLP**
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
Email: carpenter@carpenterlipps.com

*Attorneys for Defendants Nokian Tyres U.S. Operations LLC and Nokian Tyres Inc.*

*s/* Dena C. Sharp (consent)
Dena C. Sharp
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Phone: (415) 981-4800
Fax: (415) 981-4846
Email: dsharp@girardsharp.com

*Attorney for Plaintiff Rena Sampayan and Interim DPP Co-Lead Counsel*

*Attorneys for Defendant The Goodyear Rubber & Tire Company*

s/ J. Mark Gidley (consent)
J. Mark Gidley
**WHITE & CASE LLP**
701 Thirteenth Street NW
Washington, DC 20005-3807
Telephone: (202) 626-3600
Email: mgidley@whitecase.com

Robert Milne
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020-1095
Phone: (212) 819-8200
Email: rmilne@whitecase.com

Dan Medici
**WHITE & CASE LLP**
75 State Street
Boston, MA 02109-1814
Phone: (617) 979-9300
Email: dan.medici@whitecase.com

*Attorneys for Pirelli Tire LLC*

s/ Christopher M. Burke (consent)
Christopher M. Burke
**KOREIN TILLERY P.C.**
401 West A Street, Suite 1430
San Diego, CA 92101
Phone: (619) 625-5620
Fax: (314) 241-3525
Email: cburke@koreintillery.com

*Attorneys for Plaintiffs John (Jack) Bengel and Nancy Stephan and Interim DPP Co-Lead Counsel*

</div>

4

s/ Kellie Lerner (consent)
Kellie Lerner
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Phone: (212) 980-7400
Fax: (212) 980-7499
Email: klerner@robinskaplan.com

*Attorneys for Plaintiff Catip Islami and Interim DPP Co-Lead Counsel*

s/ Gary A. Corroto (consent)
Gary A. Corroto
**PLAKAS MANNOS**
200 Market Avenue North, Suite 300
Canton, OH 44702
Phone: (330) 453-5466
Fax: (330) 455-2108
Email: gcorroto@lawlion.com

*Interim DPP Liaison Counsel*

s/ Thomas H. Burt (consent)
Thomas H. Burt
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Phone: (212) 545-4600
Email: burt@whafh.com

*Attorney for Daniel Purcell, Luke Cuddy, Elizabeth Twitchell, Frank Novak, Laura Ammons, Brandon Derrick, Letia Dickerson, Jeffrey Holt, Jerry Merkel, Lynn Seda, Chris Petroskas, Kimberly Bruns, Brenda Griffiths, Paula Bondy, Harley Carroll, Oliver Tsuya and Interim EPP Co-Lead Counsel*

s/ Vincent Briganti (consent)
Vincent Briganti
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Phone: (914) 997-0500
Fax: (914) 997-0035
Email: vbriganti@lowey.com

*Attorneys for Plaintiffs John (Jack) Bengel and Nancy Stephan and Interim DPP Co-Lead Counsel*

s/ Gregory S. Asciolla (consent)
Gregory S. Asciolla
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Phone: 646-933-1000
Email: gasciolla@dicellolevitt.com

*Attorney for Michael Spadafino and Interim EPP Co-Lead Counsel*

s/ Tina Wolfson (consent)
Tina Wolfson
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Phone: (310) 474-9111
Fax: (310) 474-8585
Email: twolfson@ahdootwolfson.com

*Attorney for Gustave Link, Tracey May, Chris Earls, Ryan Fritzinger, Todd Serotte, William Santoyo, Joshua Dutton and Interim EPP Co-Lead Counsel*

5

s/ Adam J. Zapala (consent)
Adam J. Zapala
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
Email: azapala@cpmlegal.com

*Attorney for Jose Javier and Rafael Lim and Interim EPP Co-Lead Counsel*

s/ Michael J. Flannery (consent)
Michael J. Flannery
**CUNEO, GILBERT & LADUCA, LLP**
Two CityPlace Drive, Second Floor
St. Louis, MO 63141
Phone: (314) 226-1015
Email: mflannery@cuneolaw.com

*Interim ADP Co-Lead Counsel*

s/ Warren T. Burns (consent)
Warren T. Burns
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Phone: (469) 904-4550
Email: wburns@burnscharest.com

*Attorney for Linda V. Parker and Interim ADP Co-Lead Counsel*

s/ Robin F. Zwerling (consent)
Robin F. Zwerling
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Phone: (212) 223-3900

s/ Michelle L. Kranz (consent)
Michelle L. Kranz
**ZOLL & KRANZ, LLC**
6620 Central Avenue, Suite 100
Toledo, OH 43617
Phone: (419) 841-9623
Fax: (419) 841-9719
Email: michelle@toledolaw.com

*Attorney for William Wallace, Matt Montross and Benjamin Roberts and Interim EPP Liaison Counsel*

s/ Daniel C. Hedlund (consent)
Daniel C. Hedlund
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844
Fax: (612) 339-6622
Email: dhedlund@gustafsongluek.com

*Attorney for Kenneth Williams and Interim ADP Co-Lead Counsel*

s/ Steven N. Williams (consent)
Steven N. Williams
**STEVEN WILLIAMS LAW, P.C.**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Phone: 415-697-1509
Email: swilliams@stevenwilliamslaw.com

*Interim ADP Co-Lead Counsel*

rzwerling@zsz.com

*Interim ADP Co-Lead Counsel*

                  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____

                                                  HONORABLE SARA LIOI
                                                  CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT