# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: PASSENGER VEHICLE REPLACEMENT TIRES ANTITRUST LITIGATION | Case No. 5:24-md-3107 MDL |
| This Document Applies to: | No. 3107 |
| *Islami v. Continental Aktiengesellschaft, et al.*, 1:24-cv-00967-ER | CHIEF JUDGE SARA LIOI |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Catip Islami submits this Notice of Voluntary Dismissal Without Prejudice with respect to his Complaint. This dismissal shall be without prejudice to Mr. Islami's rights, if any, as an absent class member. The parties shall bear their own attorneys' fees and costs.

DATED: September 3, 2024

Respectfully submitted,

*s/ Kellie Lerner*
Kellie Lerner
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Phone: (212) 980-7400
Fax: (212) 980-7499
Email: klerner@robinskaplan.com

*s/ Shpetim Ademi*
Shpetim Ademi
**ADEMI LLP**
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Telephone: (414) 482-8000
Email: sademi@ademilaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2024, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ *Kellie Lerner*
Kellie Lerner