UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: PASSENGER VEHICLE REPLACEMENT TIRES ANTITRUST LITIGATION )<br>)<br>) | Case No. 5:24-md-3107-SL<br><br>MDL No. 3107 |
| This Document Applies to:<br><br>ALL CASES )<br>)<br>)<br>)<br>) | CHIEF JUDGE SARA LIOI |

**JOINT MOTION TO SET BRIEFING SCHEDULE CONCERNING THE PARTIES' DEPOSITION PROTOCOL**

The Parties, by and through their undersigned counsel of record and subject to the Court's approval, submit this Joint Motion to Set a Briefing Schedule Concerning the Parties' Deposition Protocol ("Joint Motion"). In support of the Joint Motion, the Parties state as follows:

1. On January 31, 2025, the Parties filed their Stipulation and [Proposed] Order Regarding Deposition Protocol ("Deposition Protocol");

2. While the Parties have made sincere, good faith efforts to resolve their disputes concerning the Deposition Protocol, certain sections of the Deposition Protocol remain in dispute, as noted in the Deposition Protocol;

3. The Parties seek to file a joint submission, not to exceed fifteen (15) double-spaced pages, with their respective positions on disputed portions of Deposition Protocol by February 28, 2025.

4. A proposed order is being submitted to the Court herewith.

Dated: January 31, 2025

*s/* Dena C. Sharp (consent)
Dena C. Sharp

Respectfully submitted,

s/ Christopher M. Burke (consent)
Christopher M. Burke

**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com

*Attorney for Plaintiff Rena Sampayan and Interim DPP Co-Lead Counsel*

s/ Kellie Lerner (consent)
Kellie Lerner
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, 19th Floor
New York, NY 10122
Telephone: (646) 960-8601
Facsimile: (646) 960-8625
kellie@scl-llp.com

*Attorneys for Plaintiff Catip Islami and Interim DPP Co-Lead Counsel*

s/ Gary A. Corroto (consent)
Gary A. Corroto
**PLAKAS MANNOS**
200 Market Avenue North, Suite 300
Canton, OH 44702
Telephone: (330) 453-5466
Facsimile: (330) 455-2108
gcorroto@lawlion.com

*Interim DPP Liaison Counsel*

s/ Thomas H. Burt (consent)
Thomas H. Burt
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
burt@whafh.com

*Attorney for Daniel Purcell, Luke Cuddy, Elizabeth Twitchell, Frank Novak, Laura*

**BURKE LLP**
4363 Goldfinch Street
San Diego, California 92103
Telephone: (619) 571-2253
cburke@burke.law

*Attorneys for Plaintiffs John (Jack) Bengel and Nancy Stephan and Interim DPP Co-Lead Counsel*

s/ Vincent Briganti (consent)
Vincent Briganti
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com

*Attorneys for Plaintiffs John (Jack) Bengel and Nancy Stephan and Interim DPP Co-Lead Counsel*

s/ Gregory S. Asciolla (consent)
Gregory S. Asciolla
**DICELLO LEVITT LLP**
485 Lexington Avenue,
Suite 1001
New York, NY 10017
Telephone: 646-933-1000
gasciolla@dicellolevitt.com

*Attorney for Michael Spadafino and Interim EPP Co-Lead Counsel*

s/ Tina Wolfson (consent)
Tina Wolfson
**AHDOOT & WOLFSON, PC**
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com

*Attorney for Gustave Link, Tracey May, Chris Earls, Ryan Fritzinger, Todd Serotte, William*

2

*Ammons, Brandon Derrick, Letia Dickerson, Jeffrey Holt, Jerry Merkel, Lynn Seda, Chris Petroskas, Kimberly Bruns, Brenda Griffiths, Paula Bondy, Harley Carroll, Oliver Tsuya and Interim EPP Co-Lead Counsel*

s/ Adam J. Zapala (consent)
Adam J. Zapala
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Attorney for Jose Javier and Rafael Lim and Interim EPP Co-Lead Counsel*

s/ Michael J. Flannery (consent)
Michael J. Flannery
**CUNEO GILBERT & LADUCA, LLP**
Two CityPlace Drive, Second Floor
St. Louis, MO 63141
Tel: (314) 226-1015
mflannery@cuneolaw.com

*Interim ADP Co-Lead Counsel*

s/ Warren T. Burns (consent)
Warren T. Burns
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel.: (469) 904-4550
wburns@burnscharest.com

*Attorney for Linda V. Parker and Interim ADP Co-Lead Counsel*

s/ Robin F. Zwerling (consent)
Robin F. Zwerling

*Santoyo, Joshua Dutton and Interim EPP Co-Lead Counsel*

s/ Michelle L. Kranz (consent)
Michelle L. Kranz
**ZOLL & KRANZ, LLC**
6620 Central Avenue, Suite 100
Toledo, OH 43617
Telephone: (419) 841-9623
Facsimile: (419) 841-9719
michelle@toledolaw.com

*Attorney for William Wallace, Matt Montross and Benjamin Roberts and Interim EPP Liaison Counsel*

s/ Daniel C. Hedlund (consent)
Daniel C. Hedlund
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dhedlund@gustafsongluek.com

*Attorney for Kenneth Williams and Interim ADP Co-Lead Counsel*

s/ Steven N. Williams (consent)
Steven N. Williams
**STEVEN WILLIAMS LAW, P.C.**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: 415-697-1509
Email: swillliams@stevenwilliamslaw.com

*Interim ADP Co-Lead Counsel*

3

**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Tel.: (212) 223-3900
rzwerling@zsz.com

*Interim ADP Co-Lead Counsel*

s/ David J. Lender (consent)
David J. Lender
Adam C. Hemlock
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: david.lender@weil.com
adam.hemlock@weil.com

James M. Lyons, Jr. (0023500)
W. Bradford Longbrake (0065576)
R. Brian Borla (0077322)
**HANNA, CAMPBELL & POWELL, LLP**
3737 Embassy Parkway, Suite 100
Akron, OH 44333
Telephone: (330) 670-7319
Facsimile: (330) 670-7449
Telephone: (330) 670-7303
Facsimile: (330) 670-7446
Telephone: (330) 670-7339
Facsimile: (330) 670-7453
Email: jlyons@hcplaw.net
blongbrake@hcplaw.net
bborla@hcplaw.net

*Attorneys for Defendant Bridgestone Americas, Inc.*

s/ E. Kate Patchen (consent)
E. Kate Patchen
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission St., Ste. 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

s/ Jeffrey C. Bank (consent)
Jeffrey C. Bank
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: jbank@wsgr.com

Kenneth J. Rubin
Alycia N. Broz
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-5692
Email: kjrubin@vorys.com
anbroz@vorys.com

*Attorneys for Defendant Continental Tire the Americas, LLC*

s/ Ashley M. Bauer (consent)
Christopher S. Yates
Belinda S Lee
Ashley M. Bauer
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

4

Facsimile: (415) 955-6091
Email: kpatchen@cov.com

Robert D. Wick
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth St., NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: rwick@cov.com

David H. Wallace
**TAFT STETTINIUS & HOLLISTER**
200 Public Square, Ste. 3500
Cleveland, OH 44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707
Email: dwallace@taftlaw.com

*Attorneys for Defendant The Goodyear Tire & Rubber Company*

Telephone: (415) 391-0600
Facsimile: (415) 396-8095
Email: Chris.Yates@lw.com
Belinda.Lee@lw.com
Ashley.Bauer@lw.com

*Attorneys for Defendant Michelin North America, Inc.*

s/ B. Parker Miller (consent)
B. Parker Miller
Meredith Jones Kingsley
Laura Komarek
Grace Assaye
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: Parker.Miller@alston.com
Meredith.Kingsley@alston.com
Laura.Komarek@alston.com
Grace.Assaye@alston.com

Michael H. Carpenter
**CARPENTER LIPPS LLP**
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145

s/ J. Mark Gidley (consent)
J. Mark Gidley
**WHITE & CASE LLP**
701 Thirteenth Street NW
Washington, DC 20005-3807
Telephone: (202) 626-3600
Email: mgidley@whitecase.com

Robert Milne
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8200
Email: rmilne@whitecase.com

Dan Medici
**WHITE & CASE LLP**
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9300
Email: dan.medici@whitecase.com

5

Email: carpenter@carpenterlipps.com  *Attorneys for Pirelli Tire LLC*

*Attorneys for Defendants Nokian Tyres U.S. Operations LLC and Nokian Tyres Inc.*

**PURSUANT TO JOINT MOTION, IT IS SO ORDERED.**

Dated: _____

                                                    _____
                                                    HONORABLE SARA LIOI
                                                    CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT